## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A. CHARLES PERUTO, JR. | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 16-4092 |
| SANTANDER BANK, N.A. and | : | |
| MERIDIAN CAPITAL GROUP, LLC, | : | |
| *Defendants*. | : | |

### ORDER

**AND NOW,** this 24th day of October, 2016, upon consideration of Santander Bank, N.A.'s Motion for Judgment on the Pleadings (Docket No. 14), Plaintiff's Response in Opposition (Docket No. 18), Meridian Capital Group, LLC's Motion to Dismiss (Docket No. 6), Plaintiff's Response in Opposition (Docket No. 17), and after an oral argument on these Motions held on October 13, 2016, **it is hereby ORDERED** that:

1. Santander's Motion for Judgment on the Pleadings (Docket No. 14) is **GRANTED.**

2. Meridian's Motion to Dismiss (Docket No. 6) is **GRANTED**.

3. Plaintiff's Complaint (Docket No. 1) is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall mark this case closed for all purposes including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE